UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  02/14/2023
```

DEBBIE ZAPATA,

        Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

22-CV-222 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The oral argument currently scheduled for March 13, 2023, at 10:00 a.m., before Judge Moses by videoconference via Microsoft Teams, is ADJOURNED to **May 10, 2023, at 11:00 a.m.** A publicly accessible audio line (available to nonparties, including members of the public) can be accessed by dialing **(646) 453-4442** and entering the access code **997561644#**. Nonparties must observe the same decorum as they would at an in-person conference, and must mute their telephone lines throughout the proceeding. Chambers will email the videoconferencing link to the parties.

Dated: New York, New York
      February 14, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**