**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DEBBIE ZAPATA,

                Plaintiff,                      22 **CIVIL** 0222 (BCM)

      -v-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 10, 2023, plaintiff's motion for judgment on the pleadings (Dkt. 16) is GRANTED, the Commissioner's cross-motion for judgment on the pleadings (Dkt. 18) is DENIED, and the case is REMANDED, pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with the Oral Decision.

**Dated:**  New York, New York

      May 11, 2023

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                         **Clerk of Court**

                            **BY:**     _____
                                                         **Deputy Clerk**